1  STEPHEN M. NICHOLS (SBN 101164)
2  FARAH S. NICOL (SBN 162293)
   RYAN S. LANDIS (SBN 201707)
3  MARY T. McKELVEY (SBN 221668)
4  **POLSINELLI LLP**
   2049 Century Park East, Suite 2300
5  Los Angeles, CA 90067
   Telephone:   310.556.1801
6  Facsimile:    310.556.1802
7  Attorneys for Defendant
8  **UNION CARBIDE CORPORATION**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MONIQUE G. HUG and JEAN PHILIPP HUG,<br><br>         Plaintiffs,<br>    v.<br>BRENNTAG NORTH AMERICA, *et al.*,<br><br>         Defendants. | USDC Case No. 5:15-CV-1298 VAP (KKx)<br><br>**[PROPOSED]** ORDER TO DISMISS UNION CARBIDE CORPORATION WITHOUT PREJUDICE<br><br>Judge:        Hon. Virginia A. Phillips<br>Ctrm:         2 (Riverside)<br><br>Mag Judge:  Hon. Kenly Kiya Kato<br>Ctrm:         ¾ - 3rd Floor (Riverside<br>Complaint Filed: July 1, 2015<br>Trial Date:       None Set |

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT** the Complaint of Plaintiffs MONIQUE G. HUG and JEAN PHILIPP HUG, as to Defendant UNION CARBIDE CORPORATION, is dismissed without prejudice.

Dated: August12, 2015

*/s/ Virginia A. Phillips*
Honorable Virginia A. Phillips
United States District Judge

- 1 -
[PROPOSED] ORDER TO DISMISS UNION CARBIDE CORPORATION WITHOUT PREJUDICE
50908286.1

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-titled action. My business address is **2049 Century Park East, Suite 2300, Los Angeles, CA.**

On August 11, 2015, I served **[PROPOSED[ ORDER TO DISMISS UNION CARBIDE CORPORATION WITHOUT PREJUDICE** upon the counsel listed and by the methods indicated below:

The following CM/ECF participants were served by electronic means through the Court on August 11, 2015.

*SEE COURT'S SERVICE LIST*

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on August 11, 2015, at Los Angeles, California.

*/s/ Michelle Moya*
Michelle Moya