1 | Jennifer L. Bartlett, CA Bar No. 183154
Leah C. Kagan, CA Bar No. 283925
2 | **SIMON GREENSTONE PANATIER BARTLETT**
3780 Kilroy Airport Way, Suite 540
3 | Long Beach, California 90806
Telephone (562) 590-3400
4 | Facsimile (562) 590-3412

5 | Attorneys for Plaintiffs

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| **MONIQUE G. HUG and JEAN PHILIPP HUG**, <br><br> Plaintiffs, <br><br> vs. <br><br> **BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.), et al., <br><br> Defendants. | NO. 5:15-cv-01298 VAP(KKx) <br><br> Hon. Virginia A. Phillips <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

DATED: August 20, 2015     SIMON GREENSTONE PANATIER BARTLETT

By: _____
Jennifer L. Bartlett
Leah C. Kagan
Attorney for Plaintiffs

**PROOF OF SERVICE**

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over eighteen years of age and not a party to the within action; my business address is 3780 Kilroy Airport Way, Suite 540, Long Beach, California 90806.

On the date set forth below, I served the foregoing document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL**

On all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **BY E-SERVICE:**   I caused such document to be transmitted by electronic service via CM-ECF (Electronic Case Filing) for the same day delivery to the offices of the addressee(s).

[ ]   BY MAIL:   I caused such envelope(s) to be deposited in the mail at Long Beach, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit to all other parties.

[ ]   BY FACSIMILE:  I caused a courtesy copy to be transmitted by facsimile to the facsimile number of the offices of the addressee(s) as indicated above and below (see service list) to the moving party.

[ ]   BY FEDERAL EXPRESS:   I caused such envelope to be transmitted by federal express for next day delivery (by 10:30 a.m.) to the offices of:

[ ]   I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

[X]   (FEDERAL):   I declare under penalty of perjury, under the laws of the United States of America that the above is true and correct.

Executed this 20th day of August, 2015 at Long Beach, California.

_Jenna Sanchez_
Jenna Sanchez