JS-6

Jennifer L. Bartlett, CA Bar No. 183154
Leah C. Kagan, CA Bar No. 283925
**SIMON GREENSTONE PANATIER BARTLETT**
3780 Kilroy Airport Way, Suite 540
Long Beach, California 90806
Telephone (562) 590-3400
Facsimile (562) 590-3412

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| **MONIQUE G. HUG and JEAN PHILIPP HUG,**<br><br>Plaintiffs,<br><br>vs.<br><br>**BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.), et al.,<br><br>Defendants. | NO. 5:15-cv-01298 VAP(KKx)<br><br>Hon. Virginia A. Phillips<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

DATED: August 20, 2015          SIMON GREENSTONE PANATIER BARTLETT

By: _____
Jennifer L. Bartlett
Leah C. Kagan
Attorney for Plaintiffs

IT IS SO ORDERED.
DATED: Aug 26 2015

_Virginia A. Phillips_
UNITED STATES DISTRICT JUDGE

1
NOTICE OF VOLUNTARY DISMISSAL