VENABLE LLP
Marcella Ballard (Admitted *Pro Hac Vice*)
Email:   mballard@venable.com
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone:  (212) 307-5500
Facsimile:   (212) 307-5598

VENABLE LLP
Melissa C. McLaughlin (SBN 273619)
Email:   mcmclaughlin@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Plaintiffs
North Atlantic Operating Company, Inc.
and National Tobacco Company, L.P.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| NORTH ATLANTIC OPERATING COMPANY, INC.; NATIONAL TOBACCO COMPANY, L.P., <br><br>Plaintiffs,<br><br>v.<br><br>DESERTSTAR WHOLESALE, a.k.a. DESERT STAR WHOLESALE; SIMPLE PAY POINT INC.; ALI HASAN ALSAQQA; MUSTAFA ABDEL ZEIDAN; COUNTRY CASH N CARRY, a.k.a., A1 CASH & CARRY, f.k.a. COURTESY WHOLESALE; RAMZI SABA; and JOHN DOES #1 thru #99, inclusive,<br><br>Defendants. | CASE NO. ED CV 14-01288 VAP (DTBx)<br><br>Hon. Virginia A. Phillips<br>Courtroom No. 2<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed: June 24, 2014<br>Trial Date:    October 13, 2015 |
| AND RELATED CROSS ACTIONS. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs North Atlantic Operating Company, Inc. and National Tobacco Company, L.P. (collectively, "Plaintiffs"); Defendants Desertstar Wholesale, a.k.a. Desert Star Wholesale, Simple Pay Point, Inc., Ali Hasan Alsaqqa, Mustafa Abdel Zeidan, Ramzi Saba, and Country Cash N Carry, a.k.a. A1 Cash & Carry, f.k.a. Courtesy Wholesale (collectively, "Defendants"); and Third Party Defendants J&L D Sunset Wholesale and Jeries Dababneh (collectively, "Third Party Defendants") (Plaintiffs, Defendants, and Third Party Defendants are collectively referred to as the "Parties"); hereby stipulate as follows:

WHEREAS, Plaintiffs and Defendants have settled this action and, as a condition of their settlement, Defendants have agreed to the entry of a permanent injunction;

WHEREAS, this Court entered the permanent injunction against Defendants on August 3, 2015 (Dkt. 110);

WHEREAS, as a condition of the settlement among Plaintiffs and Defendants, Plaintiffs agreed to dismiss their claims against Defendants without prejudice;

WHEREAS, Defendants Desertstar Wholesale and Simple Pay Point, Inc. agreed to dismiss their third party claims against Defendant Ramzi Saba, d.b.a. Country Cash N Carry, with prejudice;

WHEREAS, Defendant Ramzi Saba agreed to dismiss his third party claims against Third Party Defendants without prejudice;

THEREFORE, the Parties stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss their claims against Defendants in this action with prejudice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Defendants Desertstar Wholesale and Simple Pay Point, Inc. voluntarily dismiss their third party claims with prejudice.,

and defendant Ramzi Saba voluntarily dismiss his third party claims without prejudice. The Parties waive any right to recover any attorneys' fees or costs from each other in connection with the above-captioned action upon dismissal.

All Parties who have appeared in this action have signed this stipulation below, by and through their respective attorneys of record.

Dated: August 24, 2015	VENABLE LLP

By: /s/ Melissa C. McLaughlin
    Marcella Ballard (Admitted *Pro Hac Vice*)
    Melissa C. McLaughlin
    Attorneys for Plaintiffs North Atlantic Operating Company, Inc. and National Tobacco Company, L.P.

Dated: August 24, 2015	ADLI LAW GROUP P.C.

By: /s/ Bernard Jasper
    Bernard Jasper
    Attorneys for Defendants Desertstar Wholesale, a.k.a. Desert Star Wholesale, Simple Pay Point, Inc., Ali Hasan Alsaqqa, Mustafa Abdel Zeidan

Dated: August 24, 2015	GAW | POE LLP

By: /s/ Randolph Gaw
    Randolph Gaw
    Attorneys for Defendants Ramzi Saba and Country Cash N Carry, a.k.a. A1 Cash & Carry, f.k.a. Courtesy Wholesale

Dated: August 24, 2015

LAW OFFICES OF CHRISTOPHER A. DARDEN

By: /s/ Christopher A. Darden
Christopher A. Darden
Attorneys for Third Party Defendants
J&L D Sunset Wholesale and Jeries Dababneh

IT IS SO ORDERED.
DATED: August 26, 2015

_____
UNITED STATES DISTRICT JUDGE

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900